UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STACY O'NEAL, ET AL. | CIVIL ACTION NO. 17-870 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WILSHIRE INSURANCE CO., ET AL. | MAG. JOSEPH PEREZ-MONTES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Wilshire Insurance Company's ("Wilshire") Motion for Partial Summary Judgment [Doc. No. 47] is GRANTED. The Court finds, as a matter of law, that the commercial insurance policy issued by Wilshire to Rainbolt Farms, LLC, provides only $50,000.00 in uninsured motorist coverage.

MONROE, LOUISIANA, this 9th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE